Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**



**FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**18 CV 6700 EAW**

**A.    Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each plaintiff must submit an in forma pauperis application and a signed Authorization** or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Robert Forbes
2. _____

-VS-

**B.    Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of __all__ parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. _____
2. Officer John Doe
3. Sgt. Anthony Bongiovani
4. _____
5. City Of Rochester
6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION   NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Robert Forbes
Present Place of Confinement & Address: Monroe County Jail 130 S. Plymouth Ave Rochester N.Y. 14614

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: City OF Rochester
(If applicable) Official Position of Defendant: Owns and operates
(If applicable) Defendant is Sued in ____ Individual and/or  X  Official Capacity
Address of Defendant: City Hall 30 Church St. Roch N.Y. 14614

Name of Defendant: Officer John Doe
(If applicable) Official Position of Defendant: Rochester City Police Officer
(If applicable) Defendant is Sued in  X  Individual and/or  X  Official Capacity
Address of Defendant: City Hall, 30 Church St. Roch N.Y. 14614

Name of Defendant: Sgt. Anthony Bongiovani
(If applicable) Official Position of Defendant: Rochester City Police Officer
(If applicable) Defendant is Sued in  X  Individual and/or  X  Official Capacity
Address of Defendant: City Hall 30 Church St. Roch N.Y. 14614

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
    Yes____  No  X

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

2

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No_X_

   If not, give the approximate date it was resolved._____

   Disposition (check the statements which apply):

   ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

       ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

       ____ By court for failure to exhaust administrative remedies;

       ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

       ____ By court due to your voluntary withdrawal of claim;

   ____ <u>Judgment</u> upon motion or after trial entered for

       ____ plaintiff

       ____ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment?**

Yes____ No_X_

<u>If Yes, complete the next section.</u> NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   _____

   Defendant(s):_____

   _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No_X_

   If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

  ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

  ____ By court for failure to exhaust administrative remedies;

  ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

  ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

  ____ plaintiff

  ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- *False Arrest* (circled)
- *Excessive Force* (circled)
- *Failure to Protect* (circled)
- *Search & Seizure* (circled)
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

**A. FIRST CLAIM:** On (date of the incident) June 10th 2017, defendant (give the **name and position held** of **each defendant** involved in this incident) City of Rochester, Owns and operates the Rochester City Police were defendants are employed did the following to me (briefly state what each defendant named above did): Failed to properly train and discipline both officers for their action, and failed to acknowledge plaintiff complaints on both officers action.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: failer to protect 14th amendment 8th and 6th amendments
The relief I am seeking for this claim is (briefly state the relief sought): Money Damages

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _X_ Yes ___ No   If yes, what was the result? No Response Notice of Claim.

Did you appeal that decision? ___ Yes ___ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: _____

**A. SECOND CLAIM:** On (date of the incident) June 10th 2017, defendant (give the **name and position held** of **each defendant** involved in this incident) Sgt. Anthony Bongiovanni, a Rochester City Police Officer

Third Claim: June 10th 2014
John Doe, Rochester Police Officer asisted Sgt. Bongiovani in assualted and illegally searched Plaintiff and arrested Plaintiff illegally.
The constitutional basis for this claim under 42 U.S.C. §1983 is the 8th, 14th and 6th amendments.
Relief Sought: Money Damages

did the following to me (briefly state what each defendant named above did): *unlawfully searched, arrested and assaulted plaintiff, without provokation, on a traffic stop, or should I say alleged traffic stop.*

The constitutional basis for this claim under 42 U.S.C. § 1983 is: *4th, 8th, 6th amendments*

The relief I am seeking for this claim is (briefly state the relief sought): *Money Damages*

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: *Their are no grievance procedure established other than Notice of Claim*

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

*Punitive Damages*
*Compensatory Damages*

Do you want a jury trial? Yes ✓  No ____

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _September 18, 2018_
                    (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____ *Robert Forbes* _____

_____

Signature(s) of Plaintiff(s)

JS 44 (Rev. 08/16)                                    CIVIL COVER SHEET                              18 CV 6700 EAW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Robert Forbes | City of Rochester Officer Sgt. Anthony Bongiovani John Doe |
| (b) County of Residence of First Listed Plaintiff  Monroe<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant  Monroe<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Pro-Se. Monroe County Jail<br>130 S. Plymouth Ave, Roch, NY 14614 | Attorneys *(If Known)*<br>Corprate Counsel<br>Hall of Justice<br>30 Church St. Roch, NY 14614 |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

[Nature of suit checkboxes — ☒ 550 Civil Rights checked under PRISONER PETITIONS]

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause: 1983 42 USC.

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $ 3,000,000   CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____